FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 04 2019

JAMES W. McCORMACK, CLERK
By: _____ Tammy Clark DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | 4:19CR00 671 BRW |
|---|---|---|
|  | ) |  |
|  | ) | 18 U.S.C. § 2251(a) |
|  | ) |  |
| JOHN RONALD ORD | ) |  |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about December 26, 2018, through on or about January 10, 2019, in the Eastern District of Arkansas, the defendant,

JOHN RONALD ORD,

did employ, use, persuade, induce, entice, and coerce a minor, R.C., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Section 2251(a).

### FORFEITURE ALLEGATION ONE

Upon conviction of Count One of this Indictment, the defendant, JOHN RONALD ORD, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all

property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.

(END OF TEXT.   SIGNATURE PAGE ATTACHED.)